UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **DOUGLAS KIBBLE #15815-028** | **CASE NO. 1:22-CV-05960 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CO DESSELLE ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 9], and having thoroughly reviewed the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Complaint and Amended Complaint [Doc.Nos.1,7] are **DENIED** and **DISMISSED WITH PREJUDICE** under 28 U.S.C. § 1915(e)(2)(b) and § 1915A for failure to state a viable *Bivens* claim.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

**THUS, DONE AND SIGNED** in Chambers on this 16th day of March, 2023.

Terry A. Doughty
United States District Judge